FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

02 AUG -6 AM 8: 33

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| JAMES JOSEPH HUDNALL, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 00-N-1680-S |
| | ) | |
| DR. GAIL WILLIAMS, LARRY LINTON, | ) | |
| DR. WILLIAM HAMMACK, OFFICER | ) | |
| CHARLES EDWARD BAILEY, NURSE TERRY | ) | |
| RAY, BOB NICHOLS, BRIAN McDANIEL, | ) | |
| TARA GUTHERY, MARTHA BULLARD, | ) | |
| and RENEA FURLOW, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED

AUG 0 6 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 12, 2002, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on July 31, 2002, in which he challenges the conclusions reached by the magistrate judge when he applied the law to all the facts before him. Plaintiff has not submitted any facts to support his conclusory statement that Dr. Gail Williams, "documentations are total utter complete prevaracations [sic], utter erronous [sic] intentional prevarcations [sic], rubbish." Instead he states, "my view is that Dr. Williams is unstable and dangerous, extremely evil and vindictive and stops at nothing to strike out at those who oppose him and question his abuses, civil rights violations and his abuse of authority." The magistrate judge concluded that based on the evidence submitted to him by all the parties that plaintiff had failed to show that Dr. Willliams had denied him adequate medical care. In his objections, plaintiff merely impugns the integrity of the



magistrate judge for relying on the facts as stated by Dr. Williams rather than his unsupported arguments. Accepting as true all of plaintiff's factual statements, that is, that he suffers all of the physical problems he lists, but none of the psychological problems identified by the defendants, his conclusory statement that he has been denied adequate medical treatment remains unsupported by the facts. Plaintiff has been examined and treated by numerous medical professionals. The fact that he has not been restored to perfect health or received treatment from specialists as he requested and now demands, does not support a finding that his constitutional rights have been violated. It is the necessity and not the desirability of medical treatment sought which is important to the determination of whether medical officials have exhibited deliberate indifference. *Woodall v. Foti,* 648 F.2d 268, 272 (5th Cir. 1981).

Plaintiff also restates his claim that his constitutional rights were violated by Larry Linton when he instructed nurses to ignore medical complaints and requests from plaintiff when they exceeded fifty words. Plaintiff does not explain why he could not comply with the directions from medical personnel to state his medical needs succinctly, nor how this request violated his constitutional rights. Instead, plaintiff complains to the court that this is evidence of Linton's refusal to provide him adequate medical treatment.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH

PREJUDICE. A Final Judgment will be entered.

DONE this the 5th day of August, 2002.

/s/ Edwin L. Nelson

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE